| Attorney or Party Without Attorney (Name and Address) CHRISTOPHER P. RIDOUT RIDOUT & LYON, LLP 555 E. OCEAN STE 500 LONG BEACH CA 90802 562/216-7380 Attorney For (Name): PLAINTIFF | SBN 143931 | Telephone No. 562/216-7380 Ref. No. or File No. W59683/MITCHELL VS RESEARCH | FOR COURT USE ONLY |
|---|---|---|---|
| Insert name of court and name of judicial district and branch court, if any. UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | |
| Short Title of Case: MITCHELL VS RESEARCH IN MOTION, LTD. | | | |
| Invoice No.: 510491 | Date: | Time: | Dep./Div.: | Case Number: CV11-8872-JNN VBKx |

PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P.4(c) and that I served the summons and complaint as follows:
    SUMMONS
    FIRST AMENDED COMPLAINT (CLASS ACTION)
    CIVIL COVER SHEET
    CERTIFICATION AND NOTICE OF INTERESTED PARTIES
    (LOCAL RULE 7.1-1)
1.  Name and title of person served:
        RESEARCH IN MOTION CORPORATION, A DELAWARE
        CORPORATION, BY SERVING THE AGENT FOR SERVICE OF
        PROCESS, C.T. CORPORATION
2.  Person with whom left: MARGARET WILSON
                PROCESS SPECIALIST (AUTHORIZED TO ACCEPT)
3.  Date and time of delivery: 12/02/11 , 01:59 PM
5.  Place of service:

                818 W. 7TH STREET
                LOS ANGELES CA 90017

                PERSONAL SERVICE
UPON A STATE OR MUNICIPAL CORPORATION OR OTHER GOVERNMENTAL ORGANIZATION
THEREOF SUBJECT TO SUIT, F.R.Civ.P.4(h)(1) by
delivering a copy of the summons and complaint to the chief executive
officer thereof or by serving the summons and complaint in a manner
prescribed by the law of that state for the summons or other like process
upon any such defendant. (CCP 416.10b)


SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 12/05/11                                          SIGNATURE

| Attorney or Party Without Attorney (Name and Address)<br>CHRISTOPHER P. RIDOUT<br>RIDOUT & LYON, LLP<br>555 E. OCEAN<br>STE 500<br>LONG BEACH CA 90802<br>562/216-7380<br>Attorney For (Name): PLAINTIFF | SBN 143931 | Telephone No.<br>562/216-7380<br><br>Ref. No. or File No.<br><br>W59683/MITCHELL VS RESEARCH | FOR COURT USE ONLY |
|---|---|---|---|

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Short Title of Case:
MITCHELL VS RESEARCH IN MOTION, LTD.

| Invoice No.: 510491 | Date: | Time: | Dep./Div.: | Case Number: CV11-8872-JNN VBKx |
|---|---|---|---|---|

I declare under the penalty of perjury that the foregoing document is and correct.

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Executed at SIGNAL HILL, state of CALIFORNIA on 12/05/11

SERVED BY: R.M. HOOD, III   FEE FOR SERVICE: $38.50

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [x] Employee or [ ] Independant Contractor
(2) Registration No. 5834
(3) County: LOS ANGELES
(4) Expiration 07/17/12

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 12/05/11                                                SIGNATURE