UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-8872-MWF(VBKx)**                                             Dated: **July 20, 2012**

Title:     Eric Mitchell -v- Research in Motion, Ltd., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| Caleb L.H. Marker | Dan K. Webb |
| Christopher Ridout | Nicolas Jampol |

PROCEEDINGS:     TELEPHONIC HEARING RE DEFENDANT'S MOTION TO COMPEL ARBITRATION [Docket No. 13]

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An Order will issue.

Initials of Deputy Clerk   rs
-1-                              :22 min